JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GLORIA ESPINOZA-BECERRA,

                Petitioner,

        v.

WARKWAYNE MULLIN, Secretary of the Department of Homeland Security, ET AL.,

                Respondents.

Case No. 5:26-cv-03015-AH-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. The Court declares that Petitioner Gloria Espinoza-Becerra (A# 220-487-458) ("Petitioner") is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), but instead was detained pursuant to 8 U.S.C. § 1226(a). Respondents shall immediately release Petitioner from custody subject only to conditions of release that were in place prior to Petitioner's detention on December 15, 2025 (if any). Respondents shall immediately return any confiscated property and documents to Petitioner upon

release.  Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard). Respondents shall file a notice of compliance within three days.

DATED:  JUNE 17, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE